2010-19058
FILED
August 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002839258

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  **Shady Acres Dairy, A California General Partnership**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Foster Farms<br>P.O. Box 198<br>Livingston, CA 95334 | Foster Farms<br>P.O. Box 198<br>Livingston, CA 95334 | Purchase of Grain | | 242,177.00 |
| Machado Hay Company<br>3228 East Tulare Ave<br>Tulare, CA 93274 | Machado Hay Company<br>3228 East Tulare Ave<br>Tulare, CA 93274 | Purchase of Hay and Grain | | 211,408.54 |
| Harris Woolf<br>26060 Colusa Rd<br>Coalinga, CA 93210 | Harris Woolf<br>26060 Colusa Rd<br>Coalinga, CA 93210 | Purchase of Feed | | 208,242.00 |
| E & M Ag<br>Post Office Box 7208<br>Visalia, CA 93290-7208 | E & M Ag<br>Post Office Box 7208<br>Visalia, CA 93290-7208 | Contract Labor Harvesting | | 204,000.00 |
| JD Heiskell<br>116 W Cedar<br>Tulare, CA 93274 | JD Heiskell<br>116 W Cedar<br>Tulare, CA 93274 | Dairy Cattle Supply Lien-Helm Dairy | | 198,226.47<br><br>(0.00 secured) |
| A. L. Gilbert<br>304 N Yosemite<br>P.O. Box 38<br>Oakdale, CA 95361-0038 | A. L. Gilbert<br>304 N Yosemite<br>P.O. Box 38<br>Oakdale, CA 95361-0038 | Purchase of Grain | | 136,951.06 |
| Penny Newman Grain<br>c/o Bradley A. Silva<br>8050 North Palm, Suite 300<br>Fresno, CA 93711 | Penny Newman Grain<br>c/o Bradley A. Silva<br>8050 North Palm, Suite 300<br>Fresno, CA 93711 | Settlement Agreement | | 112,658.85 |
| RL Goins Hay Sales<br>10415 Ave 264<br>Tulare, CA 93274 | RL Goins Hay Sales<br>10415 Ave 264<br>Tulare, CA 93274 | Purchase of Hay | | 96,293.68 |
| Lone Oak Veteninary Clinic<br>34775 Rd 132<br>Visalia, CA 93292 | Lone Oak Veteninary Clinic<br>34775 Rd 132<br>Visalia, CA 93292 | Services rendered | | 67,095.53 |
| Penny Newman Milling, LLC<br>PO Box 12147<br>Fresno, CA 93776-2147 | Penny Newman Milling, LLC<br>PO Box 12147<br>Fresno, CA 93776-2147 | Purchase of Grain | | 60,876.38 |
| Cal-West Rain<br>P.O. Box 306<br>Kerman, CA 93630 | Cal-West Rain<br>P.O. Box 306<br>Kerman, CA 93630 | Repairs & Maintenance | | 51,889.76 |

B4 (Official Form 4) (12/07) - Cont.

In re  Shady Acres Dairy, A California General Partnership  Case No. _____
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Calarco Inc<br>P.O. Box 727<br>Corcoran, CA 93212 | Calarco Inc<br>P.O. Box 727<br>Corcoran, CA 93212 | Purchase of Fertilizer and Feed | | 49,268.42 |
| Amaral Dairy Service<br>413 North I Street<br>Tulare, CA 93274 | Amaral Dairy Service<br>413 North I Street<br>Tulare, CA 93274 | Repairs & Maintenance | | 47,279.59 |
| Phillip DeHaan's Hoof Trimming<br>30577 Mehrten Drive<br>Exeter, CA 93221 | Phillip DeHaan's Hoof Trimming<br>30577 Mehrten Drive<br>Exeter, CA 93221 | Services Rendered | | 44,627.00 |
| Linder Equipment Company<br>P.O. Box 1139<br>Tulare, CA 93275 | Linder Equipment Company<br>P.O. Box 1139<br>Tulare, CA 93275 | Services Rendered | | 43,596.98 |
| Walco International<br>Central Accounting<br>P.O. Box 911423<br>Dallas, TX 75391-1423 | Walco International<br>Central Accounting<br>P.O. Box 911423<br>Dallas, TX 75391-1423 | Purchase of Supplies | | 40,739.11 |
| Genex Cooperative Inc<br>100 MBC Drive<br>P.O. Box 469<br>Shawano, WI 54166-0469 | Genex Cooperative Inc<br>100 MBC Drive<br>P.O. Box 469<br>Shawano, WI 54166-0469 | Breeding Services Rendered | | 31,116.27 |
| Maggini Hay<br>P.O. Box 7<br>Riverdale, CA 93656-0007 | Maggini Hay<br>P.O. Box 7<br>Riverdale, CA 93656-0007 | Purchase of Hay | | 30,414.00 |
| Myers Bros. Well Drilling, Inc.<br>8650 East Lacy Blvd<br>Hanford, CA 93230 | Myers Bros. Well Drilling, Inc.<br>8650 East Lacy Blvd<br>Hanford, CA 93230 | Services Rendered | | 27,487.71 |
| Chino Hay Market<br>Citrus Division<br>16395 Euclid Ave<br>Chino, CA 91708 | Chino Hay Market<br>Citrus Division<br>16395 Euclid Ave<br>Chino, CA 91708 | Purchase of Grain | | 26,797.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 9, 2010**   Signature  **/s/ Beverly Anker**
                                      **Beverly Anker**
                                      **Managing Partner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.