FILED
August 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002843271

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SHADY ACRES DAIRY<br><br><br><br>Debtor(s). | Case No. 10-19058-A-11F<br>Chapter 11 |

### NOTICE OF APPEARANCE

Gregory S. Powell, Trial Attorney, hereby appears on behalf of the Acting United States Trustee and requests to be added to the electronic service matrix for all pleadings and documents filed in this Chapter 11 case. My email address is Greg.Powell@usdoj.gov.

Respectfully submitted,

Date: August 10, 2010

/s/
Gregory S. Powell
Attorney for August B. Landis,
Acting United States Trustee
Direct phone: 559-487-5002 Ext. 225
E-mail: greg.powell@usdoj.gov