FILED
August 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002855241

**2**

MARK L. POPE #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
U.S. Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
    Acting United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: <br><br> SHADY ACRES DAIRY, <br><br><br><br>               Debtor. | CASE NO.: 10-19058-A-11F <br><br> Chapter 11 |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

    Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), August B. Landis, the Acting United States Trustee for Region 17, hereby appoints the following creditors of the above-named debtor to the committee of unsecured creditors:

1

SHADY ACRES DAIRY
10-19058-A-11F

| | |
|---|---|
| AMARAL DAIRY SERVICE<br>ATTN: FRANK T. ORIQUE, PARTNER<br>413 NORTH I STREET<br>TULARE, CA 93274 | CAL-WEST RAIN, INC.<br>ATTN: JAMES MARTIN, PRESIDENT<br>P. O. BOX 306<br>KERMAN, CA 93630 |
| HARRIS WOOLF CALIFORNIA ALMONDS<br>ATTN: JOEL PERKINS, GENERAL MGR.<br>26060 COLUSA RD<br>COALINGA, CA 93210 | |

Dated: August 16, 2010.

                                         Respectfully submitted,

                                         Mark L. Pope
                                         Assistant United States Trustee


                                         By: /S/_____
                                               Gregory S. Powell

                                         Attorney for August B. Landis,
                                         Acting United States Trustee

                                         Direct phone: 559-487-5002, ext. 225
                                         E-mail: greg.powell@usdoj.gov