FILED
September 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002968541

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re SHADY ACRES DAIRY

Case No. 10-19058-A-11

Debtor(s).

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- ☐ Petition
- ☒ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders
- ☒ Schedules (check appropriate boxes). *See Instruction #4 below.*
  ☐ A ☐ B ☐ C ☐ D ☐ E ☒ F ☐ G ☐ H ☐ I ☐ J
- ☒ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  *REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.*

Purpose of amendment (check one):
- ☒ To add pre-petition creditors, change amounts owed or classification of debt ($26.00 fee required, provided the bankruptcy judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change more than 10 creditors should be accompanied by an amended matrix listing only the creditors added or changed.
- ☐ No pre-petition creditors were added, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 09/27/2010  Attorney's [or Pro Se Debtor's] Signature: /s/ HAGOP T. BEDOYAN 131285
Printed Name: HAGOP T. BEDOYAN
Mailing Address: 5260 North Palm, Suite 201
Fresno, CA 93704

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct to the best of my(our) information and belief.

Dated: 09/27/2010
/s/ BEVERLY ANKER, MANAGING PARTNER
Debtor's Signature

Dated: ___
Joint Debtor's Signature

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.
5. Amendments which add or change more than 10 creditors must be accompanied by a *separately filed* amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a *text* file containing the creditors in the standard master address list format. These two files *must* be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. Notice of the amendment WILL NOT be given by the Clerk's Office. To comply with this requirement, the debtor's attorney or Pro Se debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." (NOTE: No personal checks will be accepted.)

EDC 2-015 (Rev. 6/06)

ORIGINAL

# United States Bankruptcy Court
## Eastern District of California

In re   **Shady Acres Dairy, A California General Partnership**  ,   Case No.  **10-19058-A-11**

Debtor

Chapter   **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 11,000,000.00 | | |
| B - Personal Property | Yes | 4 | 12,953,922.76 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 21,398,200.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 2,063,972.78 CORRECTED | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 23,953,922.76 | | |
| Total Liabilities | | | | 23,462,173.06 CORRECTED | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  **Shady Acres Dairy, A California General Partnership**,
Debtor

Case No. __10-19058-A-11__

Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07)

In re **Shady Acres Dairy, A California General Partnership**, Case No. **10-19058-A-11**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A. L. Gilbert<br>304 N Yosemite<br>P.O. Box 38<br>Oakdale, CA 95361-0038 | | - | Purchase of Grain | | | | 207,066.63 |
| Account No.<br><br>Agnaldo's Welding<br>828 S Burnett Rd<br>P.O. Box 154<br>Tipton, CA 93272-0154 | | - | Repairs & Maintenance | | | | 17,432.72 |
| Account No.<br><br>Agri-Valley Irrigation<br>P.O. Box 11881<br>Fresno, CA 93775 | | - | Purchase of Parts | | | | 1,657.12 |
| Account No.<br><br>Alden J. Nunes<br>1984 Bordeaux Drive<br>Tulare, CA 93274 | | - | ADDED<br>Hay Harvesting | | | | 9,196.92 |
| **9** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 235,353.39 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:39745-100630   Best Case Bankruptcy

In re  **Shady Acres Dairy, A California General Partnership**,   Case No. __10-19058-A-11__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Amaral Dairy Service<br>413 North I Street<br>Tulare, CA 93274 | | - | Repairs & Maintenance | | | | 55,375.03 |
| Account No.<br><br>American West Aviation<br>P.O. Box 565<br>Five Points, CA 93624 | | - | Services Rendered | | | | 3,850.00 |
| Account No.<br><br>Aquiar's Mobile Lube Service<br>P.O. Box 2032<br>Tulare, CA 93275 | | - | Repairs & Maintenance | | | | 7,924.45 |
| Account No.<br><br>Azevedo Electric Inc<br>4444 South K Street<br>Tulare, CA 93274 | | - | Repairs & Maintenance | | | | 7,340.60 |
| Account No.<br><br>Baker Commodities, Inc.<br>Kerman Division<br>P.O. Box 1286<br>Hanford, CA 93232-1286 | | - | Repairs & Maintenance | | | | 1,050.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **75,540.08**

In re **Shady Acres Dairy, A California General Partnership**, Case No. **10-19058-A-11**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Billingsley Tire Inc<br>6 West D Street<br>P.O. Box 577<br>Lemoore, CA 93245 | | - | Repairs & Maintenance | | | | 11,000.06 |
| Account No.<br><br>Britz Simplot Grower<br>P.O. Box 60011<br>Fresno, CA 93794-6011 | | - | Purchase of Fertilizer | | | | 12,044.70 |
| Account No.<br><br>C & H Spraying<br>7598 Avenue 272<br>Visalia, CA 93277 | | - | ADDED<br>Services rendered | | | | 1,100.00 |
| Account No.<br><br>Cal-West Rain<br>P.O. Box 306<br>Kerman, CA 93630 | | - | Repairs & Maintenance | | | | 60,594.63 |
| Account No.<br><br>Calarco Inc<br>P.O. Box 727<br>Corcoran, CA 93212 | | - | Purchase of Fertilizer and Feed | | | | 48,119.40 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **132,858.79**

In re **Shady Acres Dairy, A California General Partnership**, Debtor

Case No. **10-19058-A-11**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kahn, Soares & Conway<br>219 N. Douty Street<br>Hanford, CA 93230 | | | Collecting for:<br>Calarco Inc | | | | Notice Only |
| Account No.<br><br>Chino Hay Market<br>Citrus Division<br>16395 Euclid Ave<br>Chino, CA 91708 | | - | Purchase of Grain | | | | 26,758.49 |
| Account No.<br><br>Dellavalle Laboratory<br>1910 W McKinley, Suite 110<br>Fresno, CA 93728 | | - | Consulting Services Rendered | | | | 5,773.00 |
| Account No.<br><br>Don Rose Oil Co<br>P.O. Box 508<br>Visalia, CA 93279 | | - | Purchase of Supplies | | | | 12,825.86 |
| Account No.<br><br>E & M Ag<br>Post Office Box 7208<br>Visalia, CA 93290-7208 | | - | Contract Labor Harvesting | | | | 202,211.69 |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **247,569.04**

In re  Shady Acres Dairy, A California General Partnership,  Case No. 10-19058-A-11
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Foster Farms<br>P.O. Box 198<br>Livingston, CA 95334 | | - | Purchase of Grain | | | | 242,177.00 |
| Account No.<br><br>Fresno DHIA<br>2563 S Sarah<br>Fresno, CA 93706 | | - | Testing | | | | 3,462.04 |
| Account No.<br><br>Gene Hull Trucking<br>2145 E Conejo<br>Fresno, CA 93725 | | - | 6/2010<br>Services rendered | | | | 1,342.65 |
| Account No.<br><br>Genex Cooperative Inc<br>100 MBC Drive<br>P.O. Box 469<br>Shawano, WI 54166-0469 | | - | CORRECTED<br>Breeding Services Rendered | | | | 38,101.01 |
| Account No.<br><br>Golden State feeds, LLC<br>5415 Avenida De Los Robles<br>Suite 102<br>Visalia, CA 93291 | | - | ADDED<br>Purchases | | | | 3,666.50 |

Sheet no. 4 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  288,749.20

In re  **Shady Acres Dairy, A California General Partnership**,  Case No. __10-19058-A-11__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gordon Hay Co<br>16395 Euclid<br>Chino, CA 91708 | | - | Purchase of Hay and Silage | | | | 17,525.49 |
| Account No.<br><br>Harris Woolf<br>26060 Colusa Rd<br>Coalinga, CA 93210 | | - | Purchase of Feed | | | | 243,984.45 |
| Account No.<br><br>IS&T Consulting<br>P.O. Box 1239<br>Tulare, CA 93275-1239 | | - | Repairs & Maintenance | | | | 3,901.13 |
| Account No.<br><br>JC Lansdowne Inc<br>P.O. Box 6070<br>Visalia, CA 93290 | | - | Purchase of Supplies | | | | 11,363.69 |
| Account No.<br><br>Kimble MacMichael & Upton<br>5260 N Palm, Suite 1500<br>Fresno, CA 93704 | | - | Legal Services Rendered | | | | 3,237.24 |

Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **280,012.00**

In re **Shady Acres Dairy, A California General Partnership**, Case No. **10-19058-A-11**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lawley's Inc<br>P.O. Box 31447<br>Stockton, CA 95213 | | - | Purchase of Supplies | | | | 5,000.00 |
| Account No.<br><br>Linder Equipment Company<br>P.O. Box 1139<br>Tulare, CA 93275 | | - | Services Rendered | | | | 43,596.98 |
| Account No.<br><br>Lone Oak Veteninary Clinic<br>34775 Rd 132<br>Visalia, CA 93292 | | - | Services rendered | | | | 67,773.11 |
| Account No.<br><br>Machado Hay Company<br>3228 East Tulare Ave<br>Tulare, CA 93274 | | - | Purchase of Hay and Grain | | | | 211,408.54 |
| Account No.<br><br>Maggini Hay<br>P.O. Box 7<br>Riverdale, CA 93656-0007 | | - | Purchase of Hay | | | | 30,414.42 |

Sheet no. **6** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **358,193.05**

In re  Shady Acres Dairy, A California General Partnership,  Case No. 10-19058-A-11
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Maggini Trucking<br>PO Box 7<br>Riverdale, CA 93656 | | - | ADDED<br>Services Rendered | | | | 1,963.17 |
| Account No.<br><br>Meyers Bros. Well Drilling, Inc.<br>8650 East Lacy Blvd<br>Hanford, CA 93230 | | - | Services Rendered | | | | 27,482.71 |
| Account No.<br><br>Mid-Valley Pipe & Supply, Inc.<br>PO Box 2023<br>Tulare, CA 93275 | | - | ADDED<br>Trade payables | | | | 1,310.78 |
| Account No.<br><br>Penny Newman Grain<br>c/o Bradley A. Silva<br>8050 North Palm, Suite 300<br>Fresno, CA 93711 | | - | 2/2010<br>Settlement Agreement | | | | 113,047.75 |
| Account No.<br><br>Penny Newman Milling, LLC<br>PO Box 12147<br>Fresno, CA 93776-2147 | | - | Purchase of Grain | | | | 50,593.04 |

Sheet no. 7 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  194,397.45

In re  **Shady Acres Dairy, A California General Partnership**,  Case No. **10-19058-A-11**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Phillip DeHaan's<br>Hoof Trimming<br>30577 Mehrten Drive<br>Exeter, CA 93221 | | - | Services Rendered | | | | 49,138.00 |
| Account No.<br><br>Quinn Caterpillar<br>Department 9665<br>Los Angeles, CA 90084-9665 | | - | Repairs & Maintenance | | | | 7,141.84 |
| Account No.<br><br>RL Goins Hay Sales<br>10415 Ave 264<br>Tulare, CA 93274 | | - | Purchase of Hay | | | | 96,293.68 |
| Account No.<br><br>Soults Pump and Equipment<br>2873 W Inyo Avenue<br>Tulare, CA 93274 | | - | Repairs & Maintenance | | | | 18,704.92 |
| Account No.<br><br>Time Covering Company, Inc<br>P.O. Box 691<br>Livingston, CA 95334 | | - | **CORRECTED**<br>Services Rendered | | | | 16,366.64 |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **187,645.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shady Acres Dairy, A California General Partnership**,  Case No. **10-19058-A-11**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>US Farms Systems<br>2955 South K Street<br>Tulare, CA 93274 | | - | Repairs & Maintenance | | | | 2,443.58 |
| Account No.<br><br>Vehoeven Dairy Farm Consulting<br>12560 Fargo Ave<br>Hanford, CA 93230 | | - | Consulting Services Rendered | | | | 8,056.00 |
| Account No.<br><br>Walco International<br>Central Accounting<br>P.O. Box 911423<br>Dallas, TX 75391-1423 | | - | Purchase of Supplies | | | | 38,910.12 |
| Account No.<br><br>Wright Construction<br>9364 Ave 184<br>Tulare, CA 93274 | | - | Repairs & Maintenance | | | | 14,245.00 |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **63,654.70**

Total (Report on Summary of Schedules) **2,063,972.78**