FILED
December 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003166522

1  HAGOP T. BEDOYAN, CSB NO. 131285
   JACOB L. EATON, CSB NO. 244834
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  5260 N. Palm Avenue, Suite 217
   Fresno, California 93704
4  Telephone: (559) 438-4374
   Facsimile: (559) 432-1847
5
   Attorneys for Debtor-in-Possession
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11  In re:                           | Case No.  10-19058-A-11
12  **SHADY ACRES DAIRY,**           | Chapter  11
13          Debtor-in-Possession.    | DC No.  KDG-8
14                                   | Date:  N/A
                                     | Time:  N/A
15                                   | Place:  United States Bankruptcy Court
                                     |         2500 Tulare Street, Fifth Floor
16                                   |         Department A, Courtroom 11
                                     |         Fresno, California
17                                   | Judge:  Honorable Whitney Rimel

18  **DEBTOR'S *EX PARTE* APPLICATION FOR ORDER EXTENDING DEADLINE TO
    FILE DISCLOSURE STATEMENT AND PLAN**
19

20          Debtor, SHADY ACRES DAIRY ("Debtor"), submits this *Ex Parte Application for*

21  *Order Extending Deadline to File Disclosure Statement and Plan* and represents as follows:

22          Shady Acres Dairy filed a Voluntary Petition under Chapter 11 on August 9, 2010.  On

23  November 3, 2010 the Bankruptcy Court entered an order requiring Shady Acres Dairy to file a

24  plan of reorganization no later than December 31, 2010.

25          Frazer Frost, the accountants for Debtor, informed counsel for Debtor on December 19,

26  2010, that it will require additional time in which to prepare a forecast budget for Debtor for

27  use in Debtor's plan of reorganization.  This is due to the large number of year end deadlines it

28

1    is required to meet in the ordinary course of business and to short staffing caused by the

2    holiday season.

3        Additionally, Debtor is in the process of negotiating with Farm Credit West regarding

4    the repayment of its debt through a consensual plan of reorganization and believes that it would

5    be advantageous to all creditors for Debtor to negotiate a consensual plan with Farm Credit

6    West. Debtor has been informed that Farm Credit West does not oppose an extension of the

7    time to file a Plan and Disclosure Statement.

8        Debtor does not believe that extending the deadline for it to file its plan of

9    reorganization will create a hardship to its creditors because Debtor is making adequate

10    protection payments to its secured creditors under the terms of the *Third Stipulation for Use of*

11    *Cash Collateral* which was approved by the Bankruptcy Court on November 3, 2010 ("Third

12    Stipulation"). Specifically, under the terms of the Third Stipulation, Farm Credit West, Laura

13    Merrit, and Ruth Ann Larson are receiving principal and interest payments on their claims and

14    Penny Newman Milling and Penny Newman Grain are receiving interest payments. This

15    means that the amounts of most of the secured claims are not increasing and in most instances

16    are being reduced on a monthly basis.

17        Based upon the foregoing, Debtor believes that good cause exists to extend the deadline

18    for filing its Plan of Reorganization to January 31, 2011.

19        WHEREFORE, Debtor prays that the Court extend the deadline for Debtor to file its

20    Plan of Reorganization and Disclosure Statement from December 31, 2010 to January 31, 2011.

21    December **25**, 2010

                 KLEIN, DENATALE, GOLDNER,

22                    COOPER, ROSENLIEB & KIMBALL, LLP

23                    By

24                    HAGOP T. BEDOYAN

                    JACOB L. EATON

25                    Attorneys for Debtor-in-Possession

26

27

28