FILED
December 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003166523

3

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 217
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>**SHADY ACRES DAIRY,**<br><br>Debtor-in-Possession. | Case No. 10-19058-A-11<br><br>Chapter 11<br><br>DC No. KDG-8<br><br>Date: N/A<br>Time: N/A<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Whitney Rimel |

**DECLARATION OF JACOB L. EATON IN SUPPORT OF DEBTOR'S *EX PARTE*
APPLICATION FOR ORDER EXTENDING
DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN**

I, JACOB L. EATON, declare:

1. I am an attorney at law admitted to practice law before all courts of the State of California. I am admitted to practice law before the United States District Court for the Eastern District of California and I am an associate in the law firm of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP ("Klein, DeNatale").

2. I base this declaration on my personal knowledge from working on this file as an attorney for the Debtor-in-Possession.

///

///

33A0931.DOC                                                   1

3. Shady Acres Dairy filed a Voluntary Petition under Chapter 11 on August 9, 2010. On November 3, 2010, the Bankruptcy Court entered an order requiring Shady Acres Dairy to file a plan of reorganization no later than December 31, 2010.

4. Frazer Frost, the accountants for Debtor, informed our office on December 19, 2010, that it will require additional time in which to prepare a forecast budget for Debtor for use in Debtor's plan of reorganization. This is due to the large number of year end deadlines it is required to meet in the ordinary course of business and to short staffing caused by the holiday season.

5. Additionally, Debtor is in the process of negotiating with Farm Credit West regarding the repayment of its debt through a consensual plan of reorganization and I believe that it would be advantageous to all creditors for Debtor to negotiate a consensual plan with Farm Credit West. Vanessa Boehm of Lang, Richert & Patch informed me that Farm Credit West does not oppose the granting of an extension of time for Debtor to file a Plan of Reorganization and Disclosure Statement.

6. I do not believe that extending the deadline for it to file its plan of reorganization will create a hardship for Debtor's creditors because Debtor is making adequate protection payments to its secured creditors under the terms of the *Third Stipulation for Use of Cash Collateral* which was approved by the Bankruptcy Court on November 3, 2010 ("Third Stipulation"). Specifically, under the terms of the Third Stipulation, Farm Credit West, Laura Merrit, and Ruth Ann Latson are receiving principal and interest payments on their claims and Penny Newman Milling and Penny Newman Grain are receiving interest payments. This means that the amounts of most of the secured claims are not increasing and in most instances are being reduced on a monthly basis.

7. Based upon the foregoing, Debtor believes that good cause exists to extend the deadline for filing its Plan of Reorganization and Disclosure Statement from December 31, 2010 to January 31, 2010.

///

///

1     8. The foregoing statements are within my personal knowledge and I can testify
2 competently thereof if called as a witness.
3     I declare under penalty of perjury under the laws of the United States that the foregoing
4 is true and correct.
5     Executed this 23 day of December 2010 at Bakersfield, California.

_____
JACOB L. EATON