2010-19058
FILED
December 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003166524

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 217
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>**SHADY ACRES DAIRY,**<br><br>Debtor-in-Possession. | Case No. 10-19058-A-11<br><br>Chapter 11<br><br>DC No. KDG-8<br><br>Date: N/A<br>Time: N/A<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Whitney Rimel |

### ORDER EXTENDING DEADLINE
### TO FILE DISCLOSURE STATEMENT AND PLAN

Debtor, SHADY ACRES DAIRY ("Debtor"), submitted its *Ex Parte Application for Order Extending Deadline to File Disclosure Statement and Plan* (the "Application"). The Court considered the Application, and good cause exists to grant the relief requested.

Therefore, the Court Orders that the deadline for Debtor to file its Plan of Reorganization and Disclosure Statement is extended to January 31, 2011.

Dated:

Dec 27, 2010

_____
United States Bankruptcy Judge

Decem
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003166524

1

33A0943.DOC