UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Shady Acres Dairy | **Case No :** | 10-19058 - A - 11 |
| | | **Date :** | 3/15/11 |
| | | **Time :** | 01:30 |
| **Matter :** | [150] - Disclosure Statement [KDG-12] Filed by Debtor Shady Acres Dairy (dchf) | | UNOPPOSED |
| **Judge :** | Whitney Rimel | | |
| **Courtroom Deputy :** | Gay Parker | | |
| **Reporter :** | Linda Gorman | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Jacob Eaton
**Respondent(s) :**
    Creditor's Attorney - Brad Silva; Rene Lastreto
    U.S. Trustee's Attorney - Greg Powell


HEARING was :
Disclosure statement approved

set hearing on confirmation of plan for 5/4 at 1:30 p.m.