```
                                                    4
```

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO DIVISION)

In re:

SHADY ACRES DAIRY,

        Debtor-in-Possession.

Case No. 10-19058-A-11

Chapter 11

DC No. KDG-22

Date: July 27, 2011
Time: 1:30 p.m.
Place: United States Bankruptcy Court
       2500 Tulare Street, Fifth Floor
       Department A, Courtroom 11
       Fresno, California
Judge: Honorable Whitney Rimel

## FOURTH INTERIM APPLICATION FOR FEES AND EXPENSES BY ACCOUNTANTS

1) Name of applicant: **Moore, Stephens, Wurth, Frazer and Torbet, LLP, Certified Public Accountants**

2) Type of services rendered: **Accounting Services**

    a.    __ Attorneys for:
    b.    _X_ Accountant for: **Debtor, Shady Acres Dairy**
    c.    __ Other professional:

3) Date of filing of petition under Chapter 11 of the Bankruptcy Code: **August 9, 2010.**

4) Date of entry of order approving applicant's employment: **January 8, 2011.**

5) Date of filing of last fee and/or expense application: **May 10, 2011.**

6) Total fees allowed or paid to applicant to date (including retainers and prior approved fee applications):

a. Retainer received: $0.00
b. Total amount paid from retainer prior to commencement of case: $0.00
c. Additional amounts paid by Debtor after commencement of case deposited in trust account: $0
d. Retainer and other amounts remaining in trust as of the date of the application: $0.00
e. Total amount requested in all prior applications: $36,686.50
f. Total amount actually paid pursuant to prior approved applications: $36,686.50
g. Total amount due but unpaid pursuant to prior approved applications: $0.00
h. Total amount allowed but reserved pending final fee application: **None.**

## 1. Summary Of Accounting Fees

7) Applicant submits Exhibit "A" included with the *Exhibits in Support of Fourth Interim Application for Fees and Expenses by Accountants*, detailing the nature of the services rendered in support of this application.

8) Applicant's [ X ] chronological list of services [ ] list of services sorted by task code is attached to the Exhibits as Exhibit "A."

9) Time period covered by this application: **May 1, 2011 – May 31, 2011 and April 13 – April 28, 2011 for entries that were not included in prior fee applications.**

10) Summary of requested fees:

a. by timekeeper:

|          | Timekeeper                  | Time  | Rate Range    | Value      |
|----------|-----------------------------|-------|---------------|------------|
| MATLICK  | Robert Matlick, Partner     | 8.80  | $300-$370     | $3,168.00  |
| BEKEDAM  | David Bekedam, Manager      | 1.45  | $250-$270     | $391.00    |
| ROMO     | Consuelo Romo, Staff        | 1.10  | $115-$150     | $110.00    |
| O'DELL   | Brandi O'Dell, Senior Staff | 9.40  | $160-$170     | $1,598.00  |
| RUMOLO   | David Rumolo, Staff         | 18.20 | $115-$150     | $2,093.00  |
| CALVILLO | Crystal Calvillo, Clerk     | 0.50  | $50           | $25.00     |
| SUMMERS  | Danielle Summers, Staff     | 2.75  | $100-$120     | $316.00    |
|          | **Total**                   | 42.20 |               | $7,071.00  |

Applicant often reduces its billing statements upon review. Therefore, there is a rate range rather than a set hourly rate.

11) **TOTAL FEES REQUESTED THIS APPLICATION: $7,071.00**

## 2. Reimbursement of Costs

12) Total expenses paid to applicant to date (including retainers and prior approved expenses applications): **$0.00**

13) Summary of Requested Expenses:

|  |  | $0.00 |
|--|--|-------|
|  |  | **$0.00** |

1  14) **TOTAL EXPENSES REQUESTED THIS APPLICATION: $0.00**

2

3  15) Applicant's statement for fees and costs has been provided to the debtor for review prior to filing this application. Applicant and Debtor have resolved debtor's questions regarding these fees (if any).

4

5  Executed: June 29, 2011                    KLEIN, DENATALE, GOLDNER,
                                              COOPER, ROSENLIEB & KIMBALL, LLP
6

7                                             By /s/ JACOB L. EATON
                                              HAGOP T. BEDOYAN
8                                             JACOB L. EATON
                                              Attorneys for Debtor-in-Possession

# CLIENT'S STATEMENT REGARDING RECEIPT OF ACCOUNTANT'S BILL AND STATEMENT OF NO OBJECTIONS

I, Beverly Anker, managing partner of the Debtor in this bankruptcy proceeding, having received from the accounting firm of Moore, Stephens, Wurth, Frazer and Torbet, LLP Certified Public Accountants ("MSWFT, LLP"), the statement for accounting services rendered for the benefit of the estate for the period of May 1, 2011 through May 31, 2011, and services rendered from April 13, 2011 through April 28, 2011 that were not previously included in any prior interim applications, for fees in the sum of $7,071.00. I believe that the fees incurred were necessary for the administration of the estate and are reasonable. I have no objection to payment of those fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of June 2011, at Visalia, California.

/s/ Beverly Anker
BEVERLY ANKER

34T0524.DOC                                       4

ORIGINAL